[No. 17247-3-III.    Division Three.   July 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ROYAL STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00560-7, Kenneth L. Jorgensen, J., entered January 27, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 17551-1-III.    Division Three.   July 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. REFUGIO H. ROSALES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01361-1, F. James Gavin, J., entered April 28, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 17670-3-III.    Division Three.   July 15, 1999.]

*In the Matter of the Estate of* DEWANE JOSH CREVELING.

NEIL SHENYER, ET AL., *Appellants*, v. DAVID CREVELING, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-4-00032-6, Kenneth L. Jorgensen, J., entered July 16, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17723-8-III.    Division Three.   July 15, 1999.]

ALAN HERN, *Respondent*, v. ARLEN B. LOONEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00004-6, Greg D. Sypolt, J., entered August 7, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.